N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-104-D

| | | |
|---|---|---|
| BILLY R. WALLS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| PITT COUNTY SCHOOL BOARD OF EDUCATION, | ) ) ) ) | |
| Defendants. | ) | |

The court refers this case to United States Magistrate Judge Jones for a court-hosted settlement conference. Judge Jones will notify the parties how he wishes to proceed concerning the settlement conference, and the date on which it will be held. The motion to seal [D.E. 42] is GRANTED. The motion requesting assistance concerning settlement negotiations [D.E. 47] is GRANTED.

SO ORDERED. This **28** day of May 2015.

JAMES C. DEVER III
Chief United States District Judge