UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BILLY R. WALLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 4:13-CV-104-D** |
| ) | |
| PITT COUNTY SCHOOL BOARD OF ) | |
| EDUCATION, BEVERLY R. EMORY, and ) | |
| POKIE NOLAND ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered on February 3, 2014, and for the reasons set forth more specifically herein, Beverly R. Emory and Pokie Noland are DISMISSED as defendants.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the court GRANTS defendants' motion for summary judgment. The clerk shall close the case.

This Judgment Filed and Entered on August 19, 2015, and Copies To:
Billy R. Walls             (via US Mail, 2401 Surrey Lane, Greenville, NC 27858)
Colin Alexander Shive      (via CM/ECF Notice of Electronic Filing)
Deborah R. Stagner         (via CM/ECF Notice of Electronic Filing)


DATE                       JULIE RICHARDS JOHNSTON, CLERK OF COURT
August 19, 2015
                             /s/ Crystal Jenkins
                             (By): Crystal Jenkins, Deputy Clerk